IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 16, 2010 |
| Court Reporter: Janet Coppock | Time: 41 minutes |
| Probation Officer: Justine Kozak | Interpreter: Cathy Bahr |

**CASE NO. 09-CR-00490-PAB-01**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michele Korver |
| Plaintiff, | |
| vs. | |
| **1. OMAR HERIBERTO-PAEZ,** | Jose Saldivar |
| Defendant. | |

**SENTENCING**

**2:34 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**Government's Motion for Downward Departure Pursuant to 5K1.1 and 3553(e) (Doc #62), filed 6/15/10.**

Comments by Ms. Korver in support of Government's motion and in response to the Court's questions.

Comments by Mr. Saldivar.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 and 3553(e) (Doc #62), filed 6/15/10 is **GRANTED.**

Mr. Saldivar orally moves for a variant sentence and comments in support.

Comments by Ms. Korver.

Court states its findings and conclusions.

**ORDERED:** Defendant's Oral Motion for Variant Sentence is **DENIED.**

Ms. Korver addresses sentencing.

Mr. Saldivar addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 8, 2010** to count **1 of the Indictment,** count **One of the Information and confessed** to count **5 (forfeiture) of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **72** months as to count 1 of the Indictment and count One of the Information, to be served concurrently.

Page Three
09-CR-00490-PAB-01
July 16, 2010

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to count 1 of the Indictment and **3 years** as to count One of the Information, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will be likely deported.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Counts 2, 2 and 4 the Indictment (Doc #65), filed 7/16/10 is **GRANTED.**

Page Four
09-CR-00490-PAB-01
July 16, 2010

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:15 p.m.    COURT IN RECESS**

**Total in court time:        41 minutes**

**Hearing concluded**