IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00490-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR HERIBERTO PEREGRINA-PAEZ,

    Defendant.

---

ORDER FINDING DEFENDANT ABLE TO OBTAIN COUNSEL
PURSUANT TO 18 U.S.C. § 3006A

---

Brimmer, Judge

    This matter comes before the court on Defendant's Motion to Proceed In Forma Pauperis with supporting Financial Affidavit, CJA Form 23. After careful review and consideration of the above referenced motion and supporting financial affidavit, the court finds Defendant OMAR HERIBERTO PEREGRINA-PAEZ is financially able to obtain counsel. The portion of the motion requesting court appointed counsel is denied with leave to re-file in the U.S. Court of Appeals for the 10th Circuit.

    DATED September 21, 2010.

                                                    BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge